# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**DONALD NATARELLI**

    vs.                              **CASE NUMBER: 6:07-CV-1130**
                                                                **(GTS/GJD)**

**VESID OFFICE**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss is GRANTED and Plaintiff's Complaint is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 21st day of December, 2009.

DATED: December 21, 2009

*[Signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk